# Court of Appeals
# of the State of Georgia

ATLANTA, June 02, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1341. DAVID MARTIN v. TERRY MASSEY.**

A jury found David Martin guilty of aggravated child molestation and sexual battery in 2014, and we affirmed his convictions on direct appeal. See *Martin v. State*, No. A17A0606 (Mar. 29, 2017). In 2021, Martin filed a petition seeking a "writ of mandamus and on prohibition relief." The trial court dismissed the petition in January 2022. Martin then filed this direct appeal.

Although judgments and orders granting or refusing to grant mandamus are generally directly appealable under OCGA § 5-6-34 (a) (7), under the Prison Litigation Reform Act, any appeal in a civil case that was initiated by a prisoner must come by discretionary application. See OCGA § 42-12-8; *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997). Because Martin is incarcerated, he was required to file an application for discretionary appeal in order to appeal the civil mandamus ruling. See *Brock v. Hardman*, 303 Ga. 729, 731 (2) (814 SE2d 736) (2018).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 06/02/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

Stephen E. Castlen , *Clerk.*